UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 MAURICE TURNER,

    Defendant.

_____/

Case: 2:23-cr-20627
Assigned To : Drain, Gershwin A.
Referral Judge: Grand, David R.
Assign. Date : 11/2/2023
Description: USA V. SEALED (DJ)

Violations:
18 U.S.C. § 922(g)(1)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about February 9, 2023, in the Eastern District of Michigan, Southern Division, the defendant, Maurice Turner, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, one Glock 19, 9 mm caliber firearm, in violation of Title 18, United States Code, Section 922(g)(1).

# FORFEITURE ALLEGATION
18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18 United States Code Section 924(d) and Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Indictment, Defendant Maurice Turner shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and 28 United States Code, Section 2461(c), any firearm involved in or used in any knowing violation of said offense.

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

DAWN N. ISON
United States Attorney

*s/ Craig F. Wininger*
Craig F. Wininger
Chief, Violent & Organized Crime Unit

*s/ Terrence R. Haugabook*
Terrence R. Haugabook
Assistant United States Attorney

Date: November 2, 2023

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov— | Case: 2:23-cr-20627<br>Assigned To : Drain, Gershwin A.<br>Referral Judge: Grand, David R.<br>Assign. Date : 11/2/2023<br>Description: USA V. SEALED (DJ) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this fo

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☐Yes ☑No | AUSA's Initials: TRH |

**Case Title:** USA v. Maurice Turner

**County where offense occurred:** Wayne

**Offense Type:** Felony

Indictment – no prior complaint

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

**Reason:**

| Defendant Name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

November 2, 2023
Date

*/s/ Terrence Haugabook*
TERRENCE HAUGABOOK
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Terrence.Haugabook@usdoj.gov
(313) 226-9157
Bar #: P44554

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.