UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
NOV - 8 2023
CLERK'S OFFICE
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

    Plaintiff,

v.                          CRIMINAL NO. 23-cr-20627
                            HON. GERSHWIN A. DRAIN

D-1   MAURICE TURNER,
        Defendant.
_____/

**DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT**

    I, MAURICE TURNER, defendant in this case, hereby acknowledge that I have received a copy of the indictment before entering my plea, and that I have read it and understand its contents.

    I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count one, up to 15 years imprisonment, to be followed by supervised release up to three years, and a fine of not more than $250,000.

_/s/ Maurice Turner_
MAURICE TURNER
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

DATE: 11/8/2023

_____
COUNSEL FOR DEFENDANT

2